IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXHIBITS USA, INC., a Colorado corporation, and JAMES P. MCGRATH,<br><br>  Plaintiffs,<br><br>  v.<br><br>PGEX ACQUISITION, LLC, a Delaware limited liability company and DISPLAYIT HOLDINGS, LLC, a Delaware limited liability company.<br><br>  Defendants. | C.A. No. 24-cv-00412-GBW |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** that the Complaint asserted by Plaintiffs, Exhibits USA, Inc. and James P. McGrath (collectively, the "Plaintiffs") against Defendants, PGEX Acquisition, LLC and Displayit Holdings, LLC (collectively, the "Defendants"), as well as any and all claims asserted in the above captioned case as between the parties, is hereby dismissed **WITH PREJUDICE**, with each party to bear their own costs and fees, including attorneys' fees.

[Signature Page to Follow]

{GFM-02096837.DOCX-}

SO STIPULATED AND AGREED this 1st day of July, 2024.

| | |
|---|---|
| **GORDON, FOURNARIS, & MAMMARELLA, P.A.** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Geoffrey A. Boylston, Esq.* <br> Geoffrey A. Boylston, Esq. (#6762) <br> 1925 Lovering Ave. <br> Wilmington, DE 19806 <br> Telephone: (302) 652-2900 <br> E-mail:   gboylston@gfmlaw.com | */s/ James H.S. Levine, Esq.* <br> James H.S. Levine, Esq. (DE Bar #5355) <br> Tyler R. Wilson (DE Bar #7129) <br> 1313 N. Market Street, Suite 5100 <br> Wilmington, DE 19899 <br> Telephone: (302) 777-6500 <br> E-mail:   james.levine@troutman.com <br>             Tyler.wilson@troutman.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |